924

No. 80–5599. ALESTRA *v.* FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 80–5603. LEWIS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 80–5604. CHAVEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 80–5631. SASSER *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 80–5633. BLAND *v.* TEXAS. Sup. Ct. Tex. Certiorari denied.

No. 80–5635. ANDERSON *v.* OREGON. Ct. App. Ore. Certiorari denied.

No. 80–5653. CALHOUN *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 80–5662. WATTERS ET AL. *v.* SCHWEIKER, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 7th Cir. Certiorari denied.

No. 80–5663. STRICKLIN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 80–5664. BARBER *v.* SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 80–5675. CRAMER *v.* WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 80–5688. MARTINEZ ET AL. *v.* BLUM, COMMISSIONER, NEW YORK STATE DEPARTMENT OF SOCIAL SERVICES, ET AL. C. A. 2d Cir. Certiorari denied.